Hilton A. Ryder, # 54470
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for James E. Salven, Chapter 7 Trustee

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
October 12, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003830477

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| In Re<br><br>LOWELL DEAN WELDON,<br><br>Debtor. | Case No. 10-64581-A-7<br><br>Chapter Number: 7<br><br>Docket Control #HAR-2<br><br>Date: November 2, 2011<br>Time: 9:00 a.m.<br>Dept: A, Courtroom 11<br>Judge: Honorable Whitney Rimel |

**MOTION FOR AUTHORITY TO SELL REAL PROPERTY OTHER THAN
IN THE ORDINARY COURSE OF BUSINESS FREE AND CLEAR OF LIENS;
POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

James E. Salven, the duly appointed qualified and acting Chapter 7 Trustee in the above-entitled case ("Trustee") hereby moves the Court for an order authorizing the sale of real property other than in the ordinary course of business free and clear of lien of Internal Revenue Service, Franchise Tax Board, Fidelity National Title Insurance Company ("Fidelity") and Berakhot Trust and alleges as follows.

1. Among the assets in the estate are three unimproved lots generally located at 4120 East Calwa, Fresno, California ("Real Property") more particularly described as:

> Lots 38, 39 and 40 in Block 9 of Calwa Township, in the City of Fresno, County of Fresno, State of California, according to the map thereof recorded in Book 6 Page 42 of Records and Surveys, Fresno County Records; APN 487-124-01

2. The Trustee has received an offer to purchase the Real Property for the sum of $15,000.00 cash upon close of escrow from Rafael Abundiz Garcia or his nominee. The sale was obtained through Century 21 C. Watson Real Estate, Inc. pursuant to a listing agreement previously approved by this Court. The sale is subject to a 6% commission to be paid upon close of escrow. A copy of the sales agreement is attached as Exhibit A to the Declaration of James Salven filed concurrently with this motion. The Real Property is sold "as is, where is." The Trustee requests that the property be offered for higher and better bid in open court. At the time of the hearing, the Trustee will request that the minimum overbid be fixed at $1,000.00 with each succeeding bid in increments of at least $100.00. Any overbid shall be subject to the same terms and conditions as the offer presented by this motion. The fixing of the initial overbid, successive raises and other terms are within the discretion of the court.

3. A copy of the preliminary title report is attached to the Declaration of James Salven filed concurrently with this motion as Exhibit B. The property is encumbered by real property taxes in the approximate amount of $2,000.00 that will be paid from escrow. The City of Fresno has abatement liens of $649.04 and $149.70 for the years 2007 and 2008 which will also be paid from escrow. The Franchise Tax Board has recorded eight liens that total $41,399.00. The Franchise Tax Board has filed a claim in this case in the amount of $24,090.00. The total claim of the Franchise Tax Board is disputed and the Trustee requests that the sale be free and clear of the lien of the Franchise Tax Board which lien will attach to the proceeds of sale.

4. The Internal Revenue Service has filed a series of liens with priorities mixed in with the liens of the Franchise Tax Board. The total recorded Internal Revenue Service claim is approximately $110,000.00. The Internal Revenue Service has filed a claim in this case for $127,940.00. Prior to the filing of the case, the Internal Revenue Service seized and sold three parcels of real property owned by Debtor on December 3, 2010. The Internal Revenue Service is currently holding approximately $120,000.00 from this sale. The Internal Revenue Service filed a motion in the Eastern District Court of California to confirm the sale and distribute the proceeds on March 28, 2011, Civil #1:08-CV-01643-LJO-SMS. The seizure and sale by the Internal Revenue Service was in some cases subject to the lien of the Franchise Tax Board and the

ICCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

abstract of judgment of Fidelity. The claims of the Franchise Tax Board and the Internal Revenue Service in this case total approximately $151,000.00. The Trustee is concurrently filing five motions to confirm sales with sale proceeds that exceed the difference between the total claims filed by the Internal Revenue Service and the Franchise tax board less the amounts being held by the Internal Revenue Service. The Trustee requests that the sale be free and clear of the lien of the Internal Revenue Service with the lien to attach to the proceeds.

5. Fidelity National Title recorded an abstract of judgment on January 17, 2008 in the amount of $96,715.28. Fidelity conducted a sheriff sale in 2008 and the property was sold on August 25, 2009. The current balance according to Fidelity is $24,225.00. The lien of Fidelity was junior to many of the liens of the Franchise Tax Board and junior to some claims of the Internal Revenue Service. The abstract of judgment of Fidelity is attached to all six properties subject to the five motions for authority to sell filed concurrently with this motion. The Trustee requests that the sale be free and clear of the lien of Fidelity because of the dispute as to priority with the taxing agencies and that the lien of fidelity attach to the proceeds of sale with like priority that existed on the Real Property. The Trustee anticipates sufficient funds to pay Fidelity and the taxing from the five escrows.

6. The above-captioned Chapter 7 case was filed on December 20, 2010. On August 25, 2011, Debtor Lowell D. Weldon and his wife Bessie L. Weldon, who is not a debtor in this case, recorded a short form deed of trust and assignment of rents in favor of Berakhot Trust allegedly securing an obligation of $3,000,000.00. A copy is attached to the Declaration of James Salven as Exhibit C. This obligation was a post-petition transfer in violation of 11 U.S.C. §549 and is disputed by the Trustee. The Trustee is concurrently filing an adversary proceeding to avoid the deed of trust, which is a disputed obligation. The Trustee requests that the lien of the Berakhot Trust, if any, attach to the proceeds of sale.

7. The sale is in the best interest of the estate and its creditors.

## JURISDICTION

The Court has jurisdiction over this matter pursuant to the general grant of jurisdiction of 28 U.S.C. § 1334. The matter is a core proceeding as defined by 28 U.S.C.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

§157(b)(2)(A),(M), (N) and (O). This motion is brought pursuant to 11 U.S.C. § 363(b) and B.R. 2002(a) and B.R. 6004. Any opposition to the motion is controlled by B.R. 9014. Service is provided pursuant to L.B.R. 9014-1. By this motion, Debtor requests that the provisions of B.R. 6004(g) be waived so that the proposed sale is not subject to the ten-day delay.

The sale of the property free and clear of the liens of the Franchise Tax Board, Internal Revenue Service, and Berakhot Trust are authorized by §363(f)(4) in that the amount and priority and validity are in bona fide dispute. The sale free and clear of the lien of Fidelity is authorized under §363(f)(3) because the sale proceeds of the five pending sales are adequate to pay the obligation to Fidelity.

**WHEREFORE**, the Trustee prays that he be authorized to sell the above-described Real Property other than in the ordinary course of business free and clear of liens upon the terms and conditions set for the above, subject to higher and better bid in open court and for such further and other relief as the Court deems proper.

Dated: October \_\_\_, 2011.

McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP

By: _____
Hilton A. Ryder
Attorneys for James Salven
Chapter 7 Trustee

92924/00000-1808155.v1

4